**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

PATRICIA LYNN FRY,
    Plaintiff,

vs.                                                 CASE NO. 8:03-CIV-614-T-17-MAP

THE SCHOOL BOARD OF HILLSBOROUGH
COUNTY, et al.,
    Defendants.
_____/

## ORDER

    This cause is before the Court on the plaintiff's supplemental motion to alter or amend recent order, the referenced order is the order granting summary judgment for the School Board of Hillsborough County, Florida (Docket No. 178); plaintiff's motion to file exhibit under seal (Docket No. 180); and the response thereto (Docket No. 191). The Court has reviewed the motion, the response, and the previous order in considering the instant motion. The Court agrees with the response in this case. Accordingly, it is

    **ORDERED** that the motion to alter or amend (Docket No. 178) and the motion to seal (Docket No. 180) be **denied**. The Clerk of Court is directed to return to the plaintiff the exhibit which the plaintiff sought to file under seal.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 21st day of September, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record